UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>    Petitioners,<br><br>    vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>    Respondents. | Case No. _____<br><br>**[PROPOSED] ORDER AND JUDGMENT** |

Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS ("Petitioners"), having applied to this Court pursuant to the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, which is implemented by Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq.*, for an Order (i) confirming an interim measures nondomestic arbitration award under the Court's primary jurisdiction issued on January 24, 2024 (the "Interim Measures Order") by the arbitrator in an arbitration proceeding between Petitioners and Respondents Mullen Technologies, Inc. and Mullen Automotive, Inc., entitled *GEM Yield Bahamas Limited and GEM Global Yield LLC SCS v. Mullen Technologies, Inc. and Mullen Automotive, Inc.*, AAA Case No. 01-21-0016-7001; (ii) directing that judgment be entered upon the Interim Measures Order, and (iii) granting such other and further relief as the Court deems just and proper; and the Petitioners having duly come to be heard before this Court; and upon this Court's due consideration of the Application to Confirm and Enter Judgment on Interim Measures Arbitration Award, dated February 13, 2024, the declaration of Alexander L. Cheney and the exhibits attached thereto, and the accompanying Petitioners'

Memorandum of Law in Support of Application to Confirm and Enter Judgment on Interim Measures Arbitration Award, dated February 13, 2024, it is hereby:

**ORDERED** that the Interim Measures Order is confirmed, and it is further

**ORDERED** that an Order and Judgment is entered on the terms set forth in the Interim Measures Order.

Dated: _____, 2024

SO ORDERED:

_____
United States District Court Judge