Case 1:24-cv-00671-KDB Document 1-10 (Ex Parte) Filed 02/20/24 Page 1 of 2

# EXHIBIT 1

Case 1:24-cv-00671-KDB Document 1-10 (Ex Parte) Filed 02/20/24 Page 1 of 2

# [FILED UNDER SEAL]