UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GEM YIELD BAHAMAS LIMITED
and GEM GLOBAL YIELD LLC SCS,

                       Plaintiff(s)

- v -                              **RULE 7.1 STATEMENT**

MULLEN TECHNOLOGIES, INC.
and MULLEN AUTOMOTIVE, INC.,

                                         1:24-cv-01120

                     Defendant(s)                 Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

GEM Yield Bahamas Limited

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

GEM Yield Bahamas Limited is a limited company formed under the laws of the Commonwealth of the Bahamas.  GEM Yield Bahamas Limited does not have any corporate affiliates, subsidiaries, and/or parent corporations, nor does any publicly held corporation own 10% or more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

2/20/24
Date

/s/ Alexander L. Cheney
Signature of Attorney

AC8539
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022