UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>Petitioners,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>Respondents. | Case No. 1:24-cv-01120 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander L. Cheney, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: February 20, 2024

WILLKIE FARR & GALLAGHER LLP

*/s/ Alexander L. Cheney*
Alexander L. Cheney
333 Bush Street
San Francisco, California 94104
(415) 858-7418
acheney@willkie.com

*Attorney for Petitioners*