UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>    Petitioners,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>    Respondents. | Case No. 1:24-cv-01120 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Madeleine Tayer, who is admitted to practice in this Court, respectfully enters her appearance as counsel for Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon her.

Dated: February 20, 2024

WILLKIE FARR & GALLAGHER LLP

*/s/ Madeleine Tayer*
Madeleine Tayer
787 Seventh Avenue
New York, New York 10019
(212) 728-8914
mtayer@willkie.com

*Attorney for Petitioners*