UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>Petitioners,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>Respondents. | Case No. 1:24-cv-01120 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Justin Garbacz, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: February 20, 2024

          WILLKIE FARR & GALLAGHER LLP

          */s/ Justin Garbacz*
          Justin Garbacz
          787 Seventh Avenue
          New York, New York 10019
          (212) 728-8801
          jgarbacz@willkie.com

          *Attorney for Petitioners*