UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>    Petitioners,<br><br>                vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>    Respondents. | Case No. 1:24-cv-01120 |

**DECLARATION OF SERVICE**

    I, Marsi Allard, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am an administrative assistant at the law firm Willkie Farr & Gallagher LLP, which is counsel in this proceeding to Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS ("Petitioners").  I submit this declaration of service to provide the Court with proof of service in this action on Respondents Mullen Technologies, Inc. and Mullen Automotive, Inc. ("Respondents").

    2.    On Friday, February 16, 2024, I caused service to be effectuated by hand delivery to the registered agents authorized to receive service of process for each of the Respondents, pursuant to Fed. R. Civ. P. 4(h).  I submit as Exhibits A and Exhibit B hereto true and correct copies of those proofs of service.

3. Also on Friday, February 16, 2024, I mailed to each of the Respondents, via United States Postal Service priority mail, a copy of the same set of documents that was served via hand delivery, at the principal and mailing address for both Respondents: 1405 Pioneer Street, Brea, CA 92821.

Dated: San Francisco, CA
February 21, 2024

_____
Marsi Allard

Willkie Farr & Gallagher LLP
333 Bush St, San Francisco, CA 94104
(415) 858-7449
mallard@willkie.com