# EXHIBIT A

Case 1:24-cv-01120-KPF   Document 14-1   Filed 02/21/24   Page 1 of 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Madeleine Tayer<br>WILLKIE FARR & GALLAGHER<br>One Front Street, 34th Floor   San Francisco, CA 94111 | |
| TELEPHONE NO.: (415) 858-7465 \| FAX NO.  \| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*:  Petitioners: GEM Global Yield LLC SCS and GEM Yield Bahamas Limited | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 500 PEARL ST | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: NEW YORK, NY 10007 | |
| BRANCH NAME: SOUTHERN DISTRICT OF NEW YORK | |

| PLAINTIFF: GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS, | CASE NUMBER: |
|---|---|
| DEFENDANT: MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., | 1:24-cv-01120 |

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>127440-00032 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Attached Document List**

PARTY SERVED: **MULLEN TECHNOLOGIES, INC. c/o TELOS LEGAL CORP.**

BY LEAVING WITH: **Daniel Garcia - Front Desk Clerk/Authorized to Accept**

DATE & TIME OF DELIVERY: **2/16/2024**
**3:15 PM**

ADDRESS, CITY, AND STATE: **510 W 6th Street, Suite 320**
**Los Angeles, CA 90014**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Daniel Garcia a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers.

Fee for Service: **$**
County: **Los Angeles**
Registration No.: **2018032404**
**ASAP LEGAL**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 785-2300**
**Ref: 127440-00032**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 16, 2024**

Signature: *[signed]*
**Robert Brooks**

**PROOF OF SERVICE**                                                                  DefaultProof/SF34026548

List of Documents

Cover Letter to Agent, Dated February 16, 2024;

NOTICE OF APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD;

Order Approving Sealing;

CIVIL COVER SHEET;

Related Case Statement;

APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Redacted);

APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Sealed);

[PROPOSED] ORDER AND JUDGMENT;

DECLARATION OF ALEXANDER L. CHENEY;

PETITIONERS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Redacted);

PETITIONERS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Sealed);

Letter re: Motion to Seal;

[PROPOSED] ORDER TO FILE REDACTED APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD;

Miscellaneous Case Cover Sheet