# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br>Madeleine Tayer <br>WILLKIE FARR & GALLAGHER <br>One Front Street, 34th Floor  San Francisco, CA 94111 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 858-7465 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*: <br>ATTORNEY FOR *(Name)*: Petitioners: GEM Global Yield LLC SCS and GEM Yield Bahamas Limited | |

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 500 PEARL ST |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: NEW YORK, NY 10007 |
| BRANCH NAME: SOUTHERN DISTRICT OF NEW YORK |

| PLAINTIFF: GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS, | CASE NUMBER: |
|---|---|
| DEFENDANT: MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., | 1:24-cv-01120 |

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: <br>127440-00032 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**See Attached List**

| PARTY SERVED: | **MULLEN AUTOMOTIVE, INC. c/o INCORPORATING SERVICES, LTD.** |
|---|---|
| BY LEAVING WITH: | **Jennifer Lee - Admin Assistant** |
| DATE & TIME OF DELIVERY: | **2/16/2024** <br>**3:04 PM** |
| ADDRESS, CITY, AND STATE: | **7801 Folsom Blvd, #202** <br>**Sacramento, CA 958262620** |
| PHYSICAL DESCRIPTION: | **Age: 35     Weight: 200lbs     Hair: Black** <br>**Sex: Female     Height: 5'5"     Eyes: Brown** <br>**Skin: Asian     Marks: None** |

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Jennifer Lee a person at least 18 years of age apparently in charge at the office or usual place of business of the person served.  I informed him/her of the general nature of the papers.

Fee for Service: $
County:  Sacramento
Registration No.:  2019-60
ASAP LEGAL
1625 Clay Street 4th Floor
Oakland, CA 94612
(510) 785-2300
Ref: 127440-00032

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **February 16, 2024**

Signature: *[signature]*
**Deja Monae Jefferson**

**PROOF OF SERVICE**    DefaultProof/SF34026547

List of Documents

Cover Letter to Agent, Dated February 16, 2024;

NOTICE OF APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD;

Order Approving Sealing;

CIVIL COVER SHEET;

Related Case Statement;

APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Redacted);

APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Sealed);

[PROPOSED] ORDER AND JUDGMENT;

DECLARATION OF ALEXANDER L. CHENEY;

PETITIONERS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Redacted);

PETITIONERS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD (Sealed);

Letter re: Motion to Seal;

[PROPOSED] ORDER TO FILE REDACTED APPLICATION TO CONFIRM AND ENTER JUDGMENT ON INTERIM MEASURES ARBITRATION AWARD;

Miscellaneous Case Cover Sheet