**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>    Petitioners,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>    Respondents. | Case No. 1:24-cv-01120-KPF<br><br>**AFFIDAVIT OF JONATHAN A. PATCHEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jonathan A. Patchen, being duly sworn, deposes and says:

1. I am a Partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor, San Francisco, CA 94104.

2. I am currently a member in good standing of the state bars of New York and California. My certificate of good standing from the Supreme Court of California is attached hereto as Exhibit A, and my certificate of good standing from the Appellate Division of the Supreme Court of New York is attached hereto as Exhibit B.

3. I make this Affidavit in support of my motion for admission *pro hac vice* in the United States District Court for the Southern District of New York, for purposes of providing legal services for petitioners, GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, in connection with the above-referenced matter.

4. More specifically, I seek admission for purposes of participating in all proceedings in this pending litigation, including all motions and discovery, oral argument, and the trial or hearing of this matter.

5. I request that my admission *pro hac vice* be granted for this litigation only and for the duration of the proceeding pending the granting of a final order or judgment.

6. I am familiar with and shall comply with the standards of professional conduct imposed upon attorneys admitted to practice in New York, including the rules of court governing attorney conduct and the Rules of Professional Conduct.

7. I understand that I am subject to the jurisdiction of the New York courts with respect to any acts occurring during my participation and representation in this matter.

8. I have never been convicted of a felony.

- 2 -

9. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

10. There are no disciplinary proceedings presently against me.

Date: February 15, 2024

_____
Jonathan A. Patchen

ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

On February 15, 2024, before me, R. Sarah Herbert, Notary Public, personally appeared JONATHAN A. PATCHEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

R. SARAH HERBERT
Notary Public - California
San Francisco County
Commission # 2447541
My Comm. Expires May 20, 2027

_____
(Signature of Notary Public)

(SEAL)