# EXHIBIT 2

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION
CASE NO. 01-21-0016-7001

GEM YIELD BAHAMAS LIMITED and GEM
GLOBAL YIELD LLC SCS,
Claimants,
v.
MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., Respondents.

Procedural Order No. 10

This Procedural Order approves and adopts the procedural arrangements for this arbitration to be heard on written submissions in lieu of a live hearing. The new procedural arrangements and dates confirmed in the attached stipulation dated December 1, 2022 shall apply.

Dated: December 3, 2022
New York, New York

_____
Mark C. Morril
Sole Arbitrator