**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEM YIELD BAHAMAS LIMITED and GEM
GLOBAL YIELD LLC SCS,

      Petitioners,

           vs.

MULLEN TECHNOLOGIES, INC. and MULLEN
AUTOMOTIVE, INC.,

      Respondents.

Case No. 1:24-cv-01120-KPF

**[PROPOSED] ORDER AND**
**JUDGMENT**

Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS ("Petitioners"), having applied to this Court pursuant to the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, which is implemented by Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq.*, for an Order (i) confirming a partial final nondomestic arbitration award under the Court's primary jurisdiction issued on November 17, 2023 (the "Partial Final Award") by the arbitrator in an arbitration proceeding between Petitioners and Respondents Mullen Technologies, Inc. and Mullen Automotive, Inc., entitled *GEM Yield Bahamas Limited and GEM Global Yield LLC SCS v. Mullen Technologies, Inc. and Mullen Automotive, Inc.*, AAA Case No. 01-21-0016-7001; (ii) directing that judgment be entered upon the Partial Final Award, and (iii) granting such other and further relief as the Court deems just and proper; and the Petitioners having duly come to be heard before this Court; and upon this Court's due consideration of the Application to Confirm and Enter Judgment on the Partial Final Award, dated November 17, 2023, the declaration of Jonathan A. Patchen and the exhibits attached thereto, and the accompanying Petitioners' Memorandum of

Law in Support of Application to Confirm and Enter Judgment on the Partial Final Award, dated November 17, 2023, it is hereby:

**ORDERED** that the Partial Final Award is confirmed, and it is further

**ORDERED** that an Order and Judgment is entered on the terms set forth in the Partial Final Award.

Dated: _____, 2024

SO ORDERED:

_____
United States District Court Judge