UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>Petitioners,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>Respondents. | Case No. 1:24-cv-01120-KPF |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Jennifer S. Maybee, hereby move this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for petitioners, GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, in the above-captioned action.  As described in my affidavit submitted contemporaneously herewith, I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

DATED:  February 27, 2024                Respectfully submitted,

   /s/ Jennifer S. Maybee
Jennifer S. Maybee
**WILLKIE FARR & GALLAGHER LLP**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7424
jmaybee@willkie.com

*Attorney for Petitioners*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I caused the foregoing Motion for Admission *Pro Hac Vice* to be served on the following counsel for Respondents via email. The following counsel have confirmed that they represent Respondents in this action and provided written consent to electronic service via email.

David K. Momborquette
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
dmomborquette@mwe.com

William L. Miltner
MILTNER & MENCK, APC
402 West Broadway, Suite 960
San Diego, California 92101
(619) 615-5333
Bill@miltnerlaw.com

                                                */s/ Jennifer S. Maybee*
                                                Jennifer S. Maybee