UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>　　　　Petitioners,<br><br>　　　　　　vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>　　　　Respondents. | Case No. 1:24-cv-01120-KPF |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The Motion of Jennifer S. Maybee for Admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

> Jennifer S. Maybee
> WILLKIE FARR & GALLAGHER LLP
> 333 Bush Street, 34th Floor
> San Francisco, CA 94104
> Tel.: (415) 858-7424
> Fax: (415) 858-7599
> Email: jmaybee@willkie.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

- 1 -

Dated: _____

_____
United States District / Magistrate Judge

- 1 -