UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>Petitioners,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>Respondents. | Case No. 1:24-cv-01120-KPF<br><br>Related Case No. 1:23-cv-11268-KPF |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David K. Momborquette, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Respondents Mullen Technologies, Inc. and Mullen Automotive, Inc. in the above-captioned action and requests that copies of all future pleadings, filings, notices, correspondence, and other papers in this action be served upon him at the address set forth below.

Dated: New York, New York
       March 1, 2024

**McDERMOTT WILL & EMERY LLP**

By:   */s/ David K. Momborquette*
      David K. Momborquette
      One Vanderbilt Avenue
      New York, New York 10017
      (212) 547-5490
      dmomborquette@mwe.com

      *Counsel for Mullen Technologies, Inc. and Mullen Automotive, Inc.*