UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>                              Petitioners,<br><br>                    -v.-<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>                              Respondents. | 24 Civ. 1120 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 15, 2024, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **March 14, 2024.** Respondents' opposition is due on **March, 28, 2024.** Petitioners' reply, if any, is due **April 4, 2024.** The Clerk of Court is directed to terminate the pending motions at docket number 17 and 18.

    SO ORDERED.

Dated:  March 1, 2024
        New York, New York

                                             *Katherine Polk Failla*
                                        _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge