**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEM YIELD BAHAMAS LIMITED and GEM
GLOBAL YIELD LLC SCS,

    *Petitioners*,

        vs.

MULLEN TECHNOLOGIES, INC. and MULLEN
AUTOMOTIVE, INC.,

    *Respondents.*

Case No. 1:24-cv-01120-KPF

**MOTION FOR LEAVE TO**
**WITHDRAW AS COUNSEL**

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the

accompanying declaration of Jennifer S. Maybee, I Jennifer S. Maybee, hereby move this Court

to withdraw my appearance as counsel of record for Petitioners, GEM Yield Bahamas Limited

and GEM Global Yield LLC SCS in the above-captioned action, and to remove my email form

the CM/ECF service lists for this action.  The attorneys of record at Willkie Farr & Gallagher

LLP will continue to represent Petitioners in this matter.  My withdrawal will neither delay

resolution of the above-captioned action nor prejudice any parties, and there is thus good cause

to permit me to withdraw as counsel for Petitioners.

DATED:  March 15, 2024          Respectfully submitted,

                  */s/ Jennifer S. Maybee*
                  Jennifer S. Maybee
                  **WILLKIE FARR & GALLAGHER LLP**
                  333 Bush Street, 34th Floor
                  San Francisco, CA 94104
                  Tel: 415-858-7400
                  jmaybee@willkie.com

Jonathan A. Patchen
Madeleine Tayer
Justin Garbacz
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
jpatchen@willkie.com
mtayer@willkie.com
jgarbacz@willkie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2024, I caused the foregoing Motion For Leave To Withdraw As Counsel to be served on all parties in this action by CM/ECF.

<u>*/s Jennifer S. Maybee*</u>
Jennifer S. Maybee