UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>*Petitioners*,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>*Respondents*. | CASE NO.: 1:24-cv-01120-KPF<br><br>**DECLARATION OF JENNIFER S. MAYBEE** |

**DECLARATION OF JENNIFER S. MAYBEE**

I, Jennifer S. Maybee, hereby declare as follows:

1. I am an attorney with the law firm Willkie Farr & Gallagher LLP. I submit this Declaration pursuant to Local Civil Rule 1.4 in support of the accompanying Motion to Withdraw as Counsel for Petitioners, GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, as I will be leaving the employ of Willkie Farr & Gallagher LLP.

2. Petitioners, GEM Yield Bahamas Limited and GEM Global Yield LLC SCS will continue to be represented by counsel at Willkie Farr & Gallagher LLP in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and there is no retaining or charging lien being asserted.

4. I declare under penalty of perjury that the foregoing statements are true and correct.

- 2 -

DATED:  March 15, 2024                           Respectfully submitted,


   */s/ Jennifer S. Maybee*
Jennifer S. Maybee
**WILLKIE FARR & GALLAGHER LLP**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400
jmaybee@willkie.com


Jonathan A. Patchen
Madeleine Tayer
Justin Garbacz
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
jpatchen@willkie.com
mtayer@willkie.com
jgarbacz@willkie.com