**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>*Petitioners*,<br><br>vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>*Respondents*. | CASE NO.: 1:24-cv-01120-KPF<br><br>**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The Court, having considered the Motion for Leave to Withdraw Jennifer S. Maybee as counsel of record for Petitioners, GEM Yield Bahamas Limited and GEM Global Yield LLC SCS and accompanying declaration, GRANTS the Motion.

**IT IS HEREBY ORDERED** that Ms. Maybee is withdrawn as counsel of record, that her appearance is deemed withdrawn as of the date of this order, and that her email address be removed from the Court's CM/ECF service list in the above-captioned action. All future pleadings, notices, and other documents are to be served on the remaining counsel for Petitioners, GEM Yield Bahamas Limited and GEM Global Yield LLC SCS.

Dated: March 15, 2024

The Clerk of Court is directed to terminate the pending motion at docket number 45, and to terminate Ms. Maybee from the docket.

Dated:   March 19, 2024         SO ORDERED.
         New York, New York

                                *Katherine Polk Failla*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE