**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS, | Case No. 1:24-cv-01120-KPF |
| Petitioners, | |
| vs. | Related Case No. 1:23-cv-11268-KPF |
| MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., | Hon. Katherine Polk Failla |
| Respondents. | |

<u>**DECLARATION OF JONATHAN A. PATCHEN**</u>

Jonathan A. Patchen, an attorney admitted to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner with the law firm Willkie Farr & Gallagher LLP, counsel in this proceeding to Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS ("GEM" or "Petitioners").  I submit this declaration to provide the Court with documents referred to in Petitioners' Brief in Further Support of Application to Confirm and Enter Judgment on Interim Measures Arbitration Award and Request to Stay Related Action.

2.      This declaration and its attached exhibits supplement (i) the previous Declaration of Alexander L. Cheney, and its exhibits, filed with the Court on February 20, 2024 in support of Petitioners' Application to Confirm and Enter Judgment on the Interim Measures Arbitration Award (ECF No. 5.), and (ii) my previous Declaration, and its exhibits, filed with the Court on February 23, 2024 in support of Petitioners' Application to Confirm and Enter Judgment on the Partial Final Award (ECF No. 21).

3.      I submit as exhibits hereto true and correct copies of the following documents:

a. **<u>Exhibit 1</u>**: Letter dated January 12, 2022 from Mullen to the Arbitrator in the Arbitration[1] opposing GEM's request to file a dispositive motion.

b. **<u>Exhibit 2:</u>** Mullen's Request for Production of Documents to GEM in the Arbitration, dated May 9, 2022.

c. **<u>Exhibit 3</u>**: Mullen's Special Interrogatories to GEM in the Arbitration, dated May 9, 2022.

d. **<u>Exhibit 4</u>**: Mullen's Amended Responses to GEM's Special Interrogatories in the Arbitration, dated July 6, 2022.

e. **<u>Exhibit 5</u>**: Mullen's letter to the Arbitrator regarding arbitrability of the Warrant, dated September 23, 2022.

f. **<u>Exhibit 6</u>**: Excerpts from expert Report of Dr. Ryan Bubb, submitted in the Arbitration, dated November 1, 2022.

g. **<u>Exhibit 7</u>**: Excerpts from Mullen's Opening Memorandum of Law on Liability in the Arbitration, dated January 9, 2023.

h. **<u>Exhibit 8</u>**: Excerpts from transcript of closing argument in the Arbitration, held on June 6, 2023.

i. **<u>Exhibit 9</u>**: Transcript of initial pretrial/pre-motion conference held on March 21, 2024, in this action and related case 1:24-cv-011268.

---

[1] The Arbitration refers to the arbitration proceeding entitled *GEM Yield Bahamas Limited and GEM Global Yield LLC SCS v. Mullen Technologies, Inc. and Mullen Automotive, Inc.*(together, "Mullen"), AAA Case No. 01-21-0016-7001.

Dated: March 29, 2024
      Piedmont, CA

                                                                      /s/ Jonathan A. Patchen
                                                                     Jonathan A. Patchen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2024, I caused the foregoing Declaration of Jonathan

A. Patchen and its attached exhibits to be served on the following counsel for Respondents via

email.

David K. Momborquette
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
dmomborquette@mwe.com

William L. Miltner
MILTNER & MENCK, APC
402 West Broadway, Suite 960
San Diego, California 92101
(619) 615-5333
Bill@miltnerlaw.com

Waleed Amer, Esq.
Mark R. Basile, Esq.
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500
Fax: (631) 498-0478
Email: waleed@thebasilelawfirm.com
mark@thebasilelawfirm.com

*/s/ Jonathan A. Patchen*

Jonathan A. Patchen