# Exhibit A

| | |
|---|---|
| **From:** | Mark Morril <mark.morril@morriladr.com> |
| **Sent:** | Monday, March 11, 2024 6:01 PM |
| **To:** | Patchen, Jonathan A. |
| **Cc:** | Koulotouros, Tony; Maybee, Jennifer; Tayer, Madeleine; Garbacz, Justin; Allard, Marsi; Momborquette, David K.; Huttenlocher, Michael; Ashlin Steele; Bill Miltner; Cela, Sindi; Autumn Frye; MiroslavaSchierholz |
| **Subject:** | Re: GEM Yield Bahamas Limited v. Mullen Technologies, Inc., Case No. 01-21-0016-7001 |

**\*\*\* EXTERNAL EMAIL \*\*\***

I acknowledge receipt of the message below.

Mark Morril

Mark C. Morril | MorrilADR
Fellow, College of Commercial Arbitrators
FCIArb | Chartered Institute of Arbitrators
IMI Certified Mediator | International Mediation Institute

413 West 53rd Street | New York, NY 10019
212.410.1771 | 212.202.6028 [fax]
mark morril@morrilADR.com | morrilADR.com

---

**From:** "Patchen, Jonathan A." <JPatchen@willkie.com>
**Date:** Monday, March 11, 2024 at 4:52 PM
**To:** "Mark C. Morril" <mark.morril@morriladr.com>
**Cc:** "Koulotouros, Tony" <Akoulotouros@mwe.com>, "Maybee, Jennifer" <JMaybee@willkie.com>, "Tayer, Madeleine" <MTayer@willkie.com>, "Garbacz, Justin" <JGarbacz@willkie.com>, "Allard, Marsi" <MAllard@willkie.com>, "Momborquette, David K." <Dmomborquette@mwe.com>, "Huttenlocher, Michael" <MHuttenlocher@mwe.com>, Ashlin Steele <Ashlin@miltnerlaw.com>, Bill Miltner <Bill@miltnerlaw.com>, "Cela, Sindi" <Scela@mwe.com>, Autumn Frye <autumn@miltnerlaw.com>, Miroslava Schierholz <MiroslavaSchierholz@adr.org>
**Subject:** RE: GEM Yield Bahamas Limited v. Mullen Technologies, Inc., Case No. 01-21-0016-7001

Dear Arbitrator Morril,

Your Decision and Order dated January 24, 2024 (the "Interim Measures Order") expressly required ███████
███████   As of today's date, Respondents have not complied with the Interim Measures Order.

By way of background, Claimants advise the Arbitrator that on February 15, they filed an application in federal court seeking confirmation of the Interim Measures Order. On March 1, Respondents opposed that application and filed a cross-motion to vacate the Interim Measures Order. On March 5, Judge Failla issued an order staying enforcement of the Interim Measures Order pending a conference on that application and other issues in the *Mullen v. GEM* dispute on March 21. Claimants note, however, that Judge Failla's order did not vacate or modify the Interim Measures Order and the Arbitrator's Interim Measures Order continues in full force.

1

Claimants are complying with the short stay of enforcement issued by Judge Failla. But Claimants write now to make clear that, in so doing, they do not consent to Respondents' failure to comply with the Interim Measures Order and they reserve the right—once the stay of enforcement is lifted—to seek appropriate remedies, including for sanctions under AAA Rule 58 (allowing the arbitrator, upon request by a party, to "order appropriate sanctions where a party fails to comply … with an order of the arbitrator.").

Respectfully submitted,

Jonathan Patchen


Jonathan A. Patchen
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7594 | Fax: +1 415 858 7599
jpatchen@willkie.com | vCard | www.willkie.com bio

**NEW** | Please note our new office address, effective December 15, 2023

---

**From:** Mark Morril <mark.morril@morriladr.com>
**Sent:** Wednesday, January 24, 2024 2:33 PM
**To:** Koulotouros, Tony <Akoulotouros@mwe.com>; Patchen, Jonathan A. <JPatchen@willkie.com>; Maybee, Jennifer <JMaybee@willkie.com>; Tayer, Madeleine <MTayer@willkie.com>; Garbacz, Justin <JGarbacz@willkie.com>; Allard, Marsi <MAllard@willkie.com>; Momborquette, David K. <Dmomborquette@mwe.com>; Huttenlocher, Michael <MHuttenlocher@mwe.com>; Ashlin Steele <Ashlin@miltnerlaw.com>; Bill Miltner <Bill@miltnerlaw.com>; Cela, Sindi <Scela@mwe.com>; Autumn Frye <autumn@miltnerlaw.com>
**Cc:** MiroslavaSchierholz <MiroslavaSchierholz@adr.org>
**Subject:** Re: GEM Yield Bahamas Limited v. Mullen Technologies, Inc., Case No. 01-21-0016-7001

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Counsel,

I attach the Decision and Order on Claimants' Second Application for Interim Measures and Procedural Order No. 15 in this arbitration.

Best regards,

Mark Morril

Mark C. Morril | MorrilADR
Fellow, College of Commercial Arbitrators
FCIArb | Chartered Institute of Arbitrators
IMI Certified Mediator | International Mediation Institute

413 West 53rd Street | New York, NY 10019
212.410.1771 | 212.202.6028 [fax]
mark.morril@morrilADR.com | morrilADR.com

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have

received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.