## PETITIONERS' AND RESPONDENTS' JOINT APPENDIX OF EXHIBITS

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | 2021.11.03 | Form 8-K/A of Mullen Automotive, Inc. |
| 2 | 2021.01.04 | Share Purchase Agreement |
| 3 | 2021.01.04 | Registration Rights Agreement |
| 4 | 2021.01.04 | Warrant |
| 5 | 2021.12.21 | Procedural Order No. 1 |
| 6 | 2022.01.07 | Petitioners' Amended Statement of Claim |
| 7 | 2022.02.01 | Respondents' Answer to Petitioners' Amended Statement of Claim |
| 8 | 2022.02.05 | Procedural Order No. 3 |
| 9 | 2023.08.03 | Decision and Order on Application for Interim Measures (the August 3rd Order) |
| 10 | 2023.10.05 | Email from the ICDR |
| 11 | 2023.11.17 | Partial Final Award on Liability |
| 12 | 2024.01.12 | Petitioners' Phase 2 Opening Brief |
| 13 | 2024.01.12 | Respondents' Phase 2 Opening Brief |
| 14 | 2024.01.29 | Petitioners' Phase 2 Response Brief |
| 15 | 2024.01.29 | Respondents' Phase 2 Response Brief |
| 16 | 2023.11.30 | Procedural Order No. 13 |
| 17 | 2023.12.15 | Petitioners' Second Motion for Interim Measures |
| 18 | 2023.12.29 | Respondents' Opposition to Petitioners' Second Motion for Interim Measures |
| 19 | 2024.01.24 | Interim Measures Order |
| 20 | 2024.03.21 | Transcript of pretrial/pre-motion conference |
| 21 | 2024.04.11 | Procedural Order No. 16 |