# WILLKIE FARR & GALLAGHER LLP

333 Bush St
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

May 13, 2024

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *GEM Yield Bahamas Limited, et al. v. Mullen Technologies, Inc., et al.*, 1:24-cv-01120-KPF
      Request to File Documents Under Seal

To the Honorable Katherine Polk Failla:

    We are counsel for Petitioners GEM Global Yield LLC SCS and GEM Yield Bahamas Limited.[1] Pursuant to Rule 9(B) of the Court's Individual Rules of Practice in Civil Cases, we write to respectfully request permission to file under seal the following documents filed in support of Petitioners' letter notice of supplemental authority:

- Petitioners' letter notice of supplemental authority: highlighted portions that quote or refer to potentially confidential documents in the Arbitration, as defined below.

- Exhibit A to the notice of supplemental authority (the final award issued in the Arbitration): the entire document.

    There is a pending arbitration between GEM and Mullen captioned *GEM Yield Bahamas Limited, et al. v Mullen Technologies, Inc., et al.*, AAA Case No. 01-21-0016-7001 (the "Arbitration"). In the Arbitration, Respondents have taken the position that at least some Arbitration-related materials are

---

[1] Petitioners GEM Global Yield LLC SCS and GEM Yield Bahamas Limited are referred to as "GEM." Respondents Mullen Technologies, Inc. and Mullen Automotive, Inc. are referred to as "Mullen" or "Respondents."

Hon. Katherine Polk Failla  
United States District Court  
Southern District of New York  
May 13, 2024

confidential and cannot be publicly disclosed.  Petitioners therefore respectfully requests that the Court permit the under-seal filing of the above-identified and unredacted documents.

Respectfully submitted,

*/s/ Jonathan A. Patchen*

Jonathan A. Patchen