# WILLKIE FARR & GALLAGHER LLP

333 Bush St
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

May 13, 2024

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *GEM Yield Bahamas Limited, et al. v. Mullen Technologies, Inc., et al.*, 1:24-cv-01120-KPF
      Notice of Supplemental Authority

To the Honorable Katherine Polk Failla:

Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS (collectively, "GEM" or "Petitioners") submit this letter notice of supplemental authority in support of their motion for summary judgment seeking confirmation of the Interim Measures Order[1] (ECF No. 58), which was filed on April 22, 2024, which is fully briefed as of May 6, 2024, and which remains pending.

On Friday, May 10, 2024—after summary judgment briefing was completed—Arbitrator Mark C. Morril issued the final award in the Arbitration. *See* **Exhibit A** (the "Final Award"). Claimants submit the Final Award as further authority in support of their pending motion for summary judgment confirming the Interim Measures Order. Notably, the Final Award awards ██████████████████████████████████████████████████████████████████████ In addition, Arbitrator Morril ruled that ██████████████████████████████████████████████████████████████████████

---

[1]   Unless otherwise specified, capitalized terms have the same meaning given to them in Petitioners' memorandum of law in support of their motion for summary judgment (ECF No. 59).

████████████████████████████  *See* Ex. A at ¶ 79.  That determination is relevant to Petitioners' arguments in their motion for summary judgment motion, *see* ECF No. 59 at p. 15-19, including that because Mullen failed to timely challenge the Partial Final Award, Respondents' same arguments in opposition to the pending Summary Judgment motion are precluded.  *See e.g.,* ECF 59 at p. 18 n.6.

Dated:  May 13, 2024                    **WILLKIE FARR & GALLAGHER LLP**

/s/ Jonathan A. Patchen
Jonathan A. Patchen
333 Bush Street
San Francisco, California 94104
(415) 858-7594
jpatchen@willkie.com

Madeleine Tayer
Justin Garbacz
787 Seventh Avenue
New York, New York 10019
(212) 728-8914
mtayer@willkie.com
jgarbacz@willkie.com

*Attorneys for Petitioners*

cc: All counsel of record (via ECF)