UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>　　　　Petitioners,<br><br>　　　　vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>　　　　Respondents. | Case No. 1:24-cv-01120-KPF<br><br>Related Case No. 1:23-cv-11268-KPF |

## JOINT UPDATE

　　Pursuant to this Court's April 8, 2024 Order (*see* ECF No. 56 at 3), Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS (collectively, "GEM" or "Petitioners") and Respondents Mullen Automotive, Inc. ("MAI") and Mullen Technologies, Inc. ("MTI," and together with MAI, "Respondents") jointly submit this status update regarding the Parties' underlying arbitration proceeding, captioned *GEM Yield Bahamas Limited and GEM Global Yield LLC SCS v. Mullen Technologies, Inc. and Mullen Automotive, Inc.*, AAA Case No. 01-21-0016 (the "Arbitration").

　　The Parties jointly report that, on Friday, May 10, 2024, Arbitrator Mark C. Morril issued a Final Award in the Arbitration. (*See* ECF No. 72-1.) The Parties are conferring regarding a stipulated briefing schedule regarding the Partial Final Award on Liability (ECF No. 64-7) and the Final Award, and expect to submit a stipulated briefing schedule for the Court's consideration next week.

- 2 -

| | |
|---|---|
| Dated: May 17, 2024 | **WILLKIE FARR & GALLAGHER LLP**<br><br>/s/ Jonathan A. Patchen<br>Jonathan A. Patchen<br>333 Bush Street<br>San Francisco, California 94104<br>(415) 858-7594<br>jpatchen@willkie.com<br><br>Madeleine Tayer<br>Justin Garbacz<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8914<br>mtayer@willkie.com<br>jgarbacz@willkie.com<br><br>*Attorneys for Petitioners*<br><br>-and-<br><br>**MCDERMOTT WILL & EMERY LLP**<br><br>By: */s/* David K. Momborquette<br><br>David K. Momborquette<br>Antonios G. Koulotouros<br>One Vanderbilt Avenue<br>New York, New York 10017<br>(212) 547-5400<br>dmomborquette@mwe.com<br>akoulotouros@mwe.com<br><br>*Attorneys for Respondents* |