**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS, <br><br> Petitioners, <br><br> vs. <br><br> MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., <br><br> Respondents. | Case No. 1:24-cv-01120-KPF <br><br><br> **[PROPOSED] JUDGMENT** |

It is hereby ORDERED, ADJUDGED AND DECREED: that for the reasons stated in the Court's Opinion and Order dated June 11, 2024, Petitioners' motion for summary judgment (ECF No. 58) is GRANTED and the Interim Measures Award is CONFIRMED.

IT IS FURTHER ORDERED that Respondent Mullen Automotive, Inc. shall deposit $24,114,921.00 with this Court's registry within one (1) business day of the date of this Judgment.

IT IS FURTHER ORDERED that this deposit of the sum $24,114,921.00 with the Court's registry is so authorized pursuant to Federal Rule of Civil Procedure 67 and Civil Local Rule 67.1.  The Clerk shall invest such funds in the Disputed Ownership Fund in an interest bearing account, and shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.  The residual income generated from such investment will be maintained in the interest bearing account and, with the principal, shall be disbursed only as further directed by the Court.

75595470.1

IT IS FURTHER ORDERED that Respondent Mullen Automotive, Inc. shall provide actual notice to all their officers and directors of this Judgment by delivery of same to each, and shall file proof of same within two (2) business days of the date of this Judgment.

**IT IS SO ORDERED**.

Dated: _____, 2024

                                                   BY:

                                                   Hon. Katherine Polk Failla
                                                   United States District Judge