# Exhibit A

| | |
|---|---|
| **From:** | Momborquette, David K. |
| **To:** | Garbacz, Justin; Koulotouros, Tony; Bill Miltner |
| **Cc:** | Patchen, Jonathan A.; Tayer, Madeleine |
| **Subject:** | RE: GEM/Mullen - Call to Chambers |
| **Date:** | Tuesday, June 18, 2024 11:27:01 AM |

I have an oral argument this afternoon and am unavailable.  It will have to be another day.

DAVID K. MOMBORQUETTE
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5490     **Mobile** +1 212 920 1166     **Email** dmomborquette@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** Garbacz, Justin <JGarbacz@willkie.com>
**Sent:** Tuesday, June 18, 2024 11:25 AM
**To:** Momborquette, David K. <Dmomborquette@mwe.com>; Koulotouros, Tony <Akoulotouros@mwe.com>; Bill Miltner <Bill@miltnerlaw.com>
**Cc:** Patchen, Jonathan A. <JPatchen@willkie.com>; Tayer, Madeleine <MTayer@willkie.com>
**Subject:** GEM/Mullen - Call to Chambers

**[ External Email ]**

Counsel –

We are awaiting the issuance of a judgment w/r/t Judge Failla's summary judgment order. Our understanding is that Judge Failla's chambers may have inadvertently failed to transmit the order to the judgment clerk with instruction to issue the judgment. We would like to call chambers this afternoon, sometime between now and 4:30 PM ET (earlier the better). Can you let us know when you would be available to join the call?

Thanks,
Justin

**Justin Garbacz**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8801 | Fax: +1 212 728 9807
jgarbacz@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.