# WILLKIE FARR & GALLAGHER LLP

333 Bush St
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

July 10, 2024

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *GEM Yield Bahamas Limited, et al. v. Mullen Technologies, Inc., et al.*, 1:24-cv-01120-KPF
       Order to Show Cause

To the Honorable Katherine Polk Failla:

      We are counsel for Petitioners GEM Global Yield LLC SCS and GEM Yield Bahamas Limited. Pursuant to your Order, dated July 2, 2024, for Respondents to show cause in writing by July 8, 2024, as to why they have failed to comply with the Court's orders and as to their intentions to rectify their lack of compliance [ECF 91], Respondents submitted a response on July 8, 2024 [ECF 93]. It is Petitioners' understanding that no reply submission by Petitioners is warranted and Your Honor will proceed to rule, but if Your Honor is anticipating a reply submission or otherwise wishes, Petitioners stand ready to submit a reply.

Respectfully submitted,

*/s/ Jonathan A. Patchen*

Jonathan A. Patchen

CC: All Counsel (via ECF)