**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEM YIELD BAHAMAS LIMITED and GEM
GLOBAL YIELD LLC SCS,

      Petitioners,

          vs.

MULLEN TECHNOLOGIES, INC. and MULLEN
AUTOMOTIVE, INC.,

      Respondents.

Case No. 1:24-cv-01120-KPF

**[PROPOSED] JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: that for the reasons stated in the Court's Opinion and Order dated [**DATE**], Respondents' motion for Summary Judgment (ECF No. 99) is denied, Petitioners' motion for summary judgment is GRANTED, and the Partial Final Award and Final Award are both CONFIRMED.

IT IS FURTHER ORDERED that Respondents shall immediately pay Petitioners the sum of $29,882,531.37, plus post-award, pre-judgment interest in the amount of $7,368.29 multiplied by the numbers of days between June 24, 2024 and the date of this Judgment.

IT IS FURTHER ORDERED that Respondents shall pay Petitioners post-judgment interest, on the sum of the amount set forth in the preceding paragraph, which will accrue at the statutory rate pursuant to 20 U.S.C. § 1961, from the date of this Judgment.

IT IS FURTHER ORDERED that Respondents Mullen Automotive, Inc. and Mullen Technologies, Inc. shall provide actual notice to all their officers and directors of this Judgment by delivery of same to each, and shall file proof of same within two (2) business days of the date of this Judgment.

77648634.2

IT IS FURTHER ORDERED that this Judgment is final for all purposes.  Execution shall issue for the Judgment, and Petitioners shall be entitled to all legally available means of enforcing this Judgment.  The Court will retain jurisdiction over the parties to enforce this Judgment, and for any and all post-judgment proceedings, including the award of any attorney fees that Petitioners may seek.

IT IS FURTHER ORDERED, that the Clerk is directed to enter this Judgment forthwith and without further notice.

**IT IS SO ORDERED**.


Dated: _____, 2024

BY:

_____
Hon. Katherine Polk Failla
United States District Judge

- 2 -