UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>    Petitioners,<br><br>    vs.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>    Respondents. | Case No. 1:24-cv-01120-KPF<br><br>Hon. Katherine Polk Failla |
| MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GEM GLOBAL YIELD LLC SCS, GEM YIELD BAHAMAS LIMITED, and CHRISTOPHER BROWN,<br><br>    Defendants. | Case No. 1:23-cv-11268-KPF<br><br>Hon. Katherine Polk Failla |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO PETITIONERS**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Willkie Farr & Gallagher LLP's Motion to Withdraw as Counsel to Petitioners and Proposed Order Granting Motion to Withdraw as Counsel for Petitioners, Willkie Farr & Gallagher LLP will move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 618, New York, New York, for an entry of an order pursuant to Rule 1.4 of the Local Civil Rules for the United States

District Court for the Southern District of New York, ordering that Willkie Farr & Gallagher LLP is withdrawn as counsel for Petitioners in Case No. 1:24-cv-01120-KPF and as counsel for Defendants in Case No. 1:23-cv-11268-KPF, that a retaining and charging lien be placed on these matters in an amount to later be determined, and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, in accordance with Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers.

Dated: September 25, 2024

        WILLKIE FARR & GALLAGHER LLP

        */s/ Jonathan A. Patchen*
        Jonathan A. Patchen (admitted pro hac vice)
        333 Bush Street
        San Francisco, California 94104
        (415) 858-7594
        (415) 858-7418
        jpatchen@willkie.com

        *Attorneys for Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS, and Christopher Brown*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of September, 2024, a true copy of the Notice of Motion to Withdraw as Counsel to Petitioners and the accompanying Memorandum of Law in Support of Willkie Farr & Gallagher's Motion to Withdraw as Counsel to Petitioners, and Proposed Order Granting Motion to Withdraw as Counsel for Petitioners, was served to the following:

GEM Yield Bahamas Limited
GEM Global Yield LLC SCS
Christopher Brown
*Via Certified and Electronic Mail*

All Counsel of Record
*Via ECF Filing*

/s/ Jonathan A. Patchen
Jonathan A. Patchen (admitted pro hac vice)
333 Bush Street
San Francisco, California 94104
(415) 858-7594
(415) 858-7418
jpatchen@willkie.com