UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEM YIELD BAHAMAS LIMITED and
GEM GLOBAL YIELD LLC SCS,

                Petitioners,

            -v.-

MULLEN TECHNOLOGIES, INC. and
MULLEN AUTOMOTIVE, INC.,

                Respondents.

24 Civ. 1120 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

Respondents Mullen Technologies, Inc. ("MTI") and Mullen Automotive, Inc. ("MAI") (collectively, "Respondents") moved to vacate the November 17, 2023 Partial Final Award and the May 10, 2024 Final Award (collectively, "the Awards") in an underlying arbitration, captioned *GEM Yield Bahamas Limited and GEM Global Yield LLC SCS* v. *Mullen Technologies, Inc. and Mullen Automotive, Inc.*, No. 01-21-0016-7001, conducted between September 2021 and May 2024, concerning competing allegations of breach of contract. Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS (collectively, "Petitioners") cross-moved to confirm the Awards, and for the award of various forms of interest.

For the reasons set forth in the Court's Opinion and Order filed under seal on February 6, 2025, Respondents' motion to vacate the Awards is denied; Petitioners' cross-motion to confirm the awards is granted, as are its applications for post-award, prejudgment and post-judgment interest; Respondents' motion for oral argument is denied as moot; and various sealing

motions are granted.[1]  The Clerk of Court is directed to terminate the pending motions at docket entries 92, 98, 99, 110, 119, and 125.

The parties are directed to file a joint letter suggesting proposed redactions to the Opinion on or before **March 6, 2025**, in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket.  In addition, Petitioners are ORDERED to submit a revised proposed judgment form, in accordance with the Court's Opinion, in PDF and Word formats on or before **February 13, 2025**.

    SO ORDERED.

Dated:  February 6, 2025
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge

---

[1]    In a separate order filed under seal (in this action and in the related action, No. 23 Civ. 11268) on February 6, 2025, the Court set the amount of charging and retaining liens for Petitioners' former counsel.  The Court previously awarded such relief on October 11, 2024.  (*See* Dkt. #132).