

February 12, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

  *Re: GEM Yield Bahamas Limited, et al. v. Mullen Technologies, Inc., et al., No. 1:24-cv-01120-KPF*

To the Honorable Katherine Polk Failla:

The undersigned is counsel for Plaintiff GEM Yield Bahamas Limited and GEM Global Yield LLC SCS in 1:24-cv-01120-KPF (collectively referred to as "GEM").

Order #142 of this Court requires that we file a revised Proposed Judgment by February 13, 2025, in both PDF and Word formats.

The revised Proposed judgment was filed in PDF format. However, ECF does not permit WORD format filing. So we took the liberty of e-mailing this Court the WORD format version of the ECF filed document.

Respectfully submitted,

Nathaniel Muller, Esq.

Counsel for GEM Yield Bahamas Limited and GEM Global Yield LLC SCS

Law Offices of Nathaniel Muller, PC • 420 Lexington Avenue, Suite 300 • New York, NY 10170
Tel. (646) 774-2895 • Fax (212) 244-4232 • nm@legalmuller.com