UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEM YIELD BAHAMAS LIMITED and
GEM GLOBAL YIELD LLC SCS,

                            Petitioners,

                  -v.-

MULLEN TECHNOLOGIES, INC. and
MULLEN AUTOMOTIVE, INC.,

                            Respondents.

24 Civ. 1120 (KPF)

**JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, ADJUDGED and DECREED: that for the reasons stated in the Court's Opinion and Order dated February 6, 2025, Respondents' motion for Summary Judgment (Dkt. #99) is DENIED, Petitioners' motion for summary judgment is GRANTED, and the Partial Final Award and Final Award are both CONFIRMED.

      IT IS FURTHER ORDERED that within 90 days of the issuance of the Court's February 6, 2025 Opinion and Order (on or before **May 7, 2025**) Respondents shall pay Petitioners post-award, prejudgment interest on the original aggregate damages figure of $26,752,627 at a rate of 9% per annum for the period from November 5, 2021, through May 23, 2024.

      IT IS FURTHER ORDERED that Respondents shall pay Petitioners on or before **May 7, 2025**, post-award, prejudgment interest on the remaining balance of $19,752,627 at a rate of 9% per annum for the period from May 24, 2024, through the date of entry of this Judgment.

      IT IS FURTHER ORDERED that Respondents shall pay Petitioners on or before **May 7, 2025,** the sum of $23,583,570.26, representing the outstanding

balance of the Final Award before interest.  The sum of this amount and the interest set forth in the two preceding paragraphs are the Total Judgment Amount.

    IT IS FURTHER ORDERED that Respondents shall pay Petitioners post-judgment interest, on the Total Judgment Amount, which will accrue at the statutory rate pursuant to 28 U.S.C. § 1961, from the date of this Judgment.

    IT IS FURTHER ORDERED that Respondents Mullen Automotive, Inc. and Mullen Technologies, Inc. shall provide actual notice to all their officers and directors of this Judgment by delivery of same to each, and shall file proof of same within two (2) business days of the date of this Judgment.

    IT IS FURTHER ORDERED that this Judgment is final for all purposes.  Execution shall issue for the Judgment, and Petitioners shall be entitled to all legally available means of enforcing this Judgment.  The Court will retain jurisdiction over the parties to enforce this Judgment, and for any and all post-judgment proceedings, including the award of any attorneys' fees that Petitioners may seek.

    IT IS FURTHER ORDERED, that the Clerk is directed to enter this Judgment forthwith and without further notice.

    SO ORDERED.

Dated:   February 13, 2025
          New York, New York

                                                  *Katherine Polk Failla*
                                           KATHERINE POLK FAILLA
                                           United States District Judge