

**mwe.com**

David K. Momborquette
Attorney at Law
dmomborquette@mwe.com
+1 212 547 5490

February 18, 2025

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:   *GEM Yield Bahamas Limited, et al. v. Mullen Technologies, Inc. et al.*, No. 1:24-cv-01120-KPF
Letter Motion to File Document in Redacted Form

To the Honorable Katherine Polk Failla:

We represent Respondents Mullen Technologies, Inc. and Mullen Automotive, Inc. in the above-referenced action. Pursuant to Rules 2(C) and 9(B) of Your Honor's Individual Rules of Practice in Civil Cases, we respectfully submit this letter motion seeking leave to redact limited portions of Exhibit A to Respondents' February 18, 2025 Letter to the Court providing proof of notice to Respondents' officers and directors of the Court's Judgment (ECF No. 148).[1]

Respondents' requested redactions—which cover only the email addresses of the officers and directors identified in Exhibit A—are warranted because they are narrowly tailored to protect personal identifying information that, if disclosed, could lead to the unnecessary harassment of Respondents' respective officers and directors, and further, disrupt their efforts to fulfill their duties. *See, e.g.*, *Playtex Prods., LLC v. Munchkin, Inc.*, 2016 WL 1276450, at *11 (S.D.N.Y. Mar. 29, 2016) (permitting limited redactions of information that implicated plaintiffs' privacy interests and that, if disclosed, could harm plaintiffs).

---

[1] In accordance with the directives contained in the Court's Judgment (*see* ECF No. 148 at 2), a copy of Respondents' letter providing proof of notice is being filed simultaneously herewith.



**One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444**

*US practice conducted through McDermott Will & Emery LLP.*

Honorable Katherine Polk Failla
February 18, 2025
Page 2

      As such, Respondents respectfully request that the Court permit them to file portions of Exhibit A in redacted form.

Respectfully submitted,

*/s/ David K. Momborquette*
David K. Momborquette

---

The Court has reviewed Respondents' letter motion to seal (Dkt. #149) and Petitioners' letter in opposition (Dkt. #152). It appears that Petitioners' counsel has not reviewed the version of Exhibit A without redactions, which was simultaneously filed under seal viewable to the parties and the Court only. (Dkt. #150-1).

The Court hereby GRANTS Respondents' letter motion to seal. The Clerk of Court is directed to file docket entry 150-1 under seal, viewable only to the parties and the Court.

The Clerk of Court is further directed to terminate the pending motion at docket entry 149.

Dated:    February 19, 2025      SO ORDERED.
            New York, New York

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE

