UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS,<br><br>*Petitioners*,<br><br>v.<br><br>MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC,<br><br><br>*Respondents*. | Case No. 1:24-cv-01120-KPF |

**~~PROPOSED~~ ORDER**

AND NOW, this 14th day of March, 2025, IT IS HEREBY ORDERED that Petitioners GEM Yield Bahamas Limited and GEM Global Yield LLC SCS's Emergency Motion to Register the Judgment in Other States, is GRANTED.

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 158.
```

Dated:   March 14, 2025
         New York, New York

SO ORDERED.

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE