**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GEM YIELD BAHAMAS LIMITED and GEM
GLOBAL YIELD LLC SCS,

     Petitioners,

          vs.

MULLEN TECHNOLOGIES, INC. and MULLEN
AUTOMOTIVE, INC.,

     Respondents.

Case No. 1:24-cv-01120-KPF

Related Case No. 1:23-cv-11268-KPF

## <u>NOTICE OF LIEN SATISFACTION</u>

PLEASE TAKE NOTICE, that the retaining and charging liens granted by this Court on

October 11, 2024 (Dkt. 132) and in an amount fixed by Court order dated February 6, 2025 (Dkt.

143) in favor of Willkie Farr & Gallagher LLP against GEM Yield Bahamas Limited and GEM

Global Yield LLC SCS has been satisfied and has been released.

Dated:  June 9, 2025

**WILLKIE FARR & GALLAGHER LLP**

<u>/s/ Jonathan A. Patchen</u>
Jonathan A. Patchen
333 Bush Street
San Francisco, California 94104
(415) 858-7594
jpatchen@willkie.com